IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02873-BNB

MATHEW J. SMITH,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant.

ORDER OF DISMISSAL

    Plaintiff, Mathew J. Smith, initiated this action by filing a Letter with the court.

    In a November 1, 2012 Order, Magistrate Judge Boyd N. Boland directed Mr. Smith to cure certain deficiencies in this action.  Specifically, Plaintiff was ordered to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form.  Alternatively, Mr. Smith was advised that he could elect to pay the $350.00 filing fee.  Mr. Smith was also directed to submit a Prisoner Complaint on the court-approved form.  Mr. Smith was advised in the November 1 Order that failure to comply by the court-ordered deadline would result in dismissal of the action without further notice.

    Mr. Smith has now failed to file documents in compliance with the Court's November 1 Order.  Furthermore, Mr. Smith has not paid the $350.00 filing fee.  Mr. Smith has not communicated with the Court since he initiated this action on October 31, 2012.  In addition, the Court's November 1 Order was returned to the Court as undeliverable.  *See* ECF No. 4.  Mr. Smith is obligated under D.C.COLO.LCivR 10.1M

to notify the Court within five days of a change of address.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  **See Coppedge v. United States**, 369 U.S. 438 (1962).  If Mr. Smith files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the November 1, 2012 Order Directing Plaintiff to Cure Deficiencies and for Mr. Smith's failure to prosecute.  It is

FURTHER ORDERED that no certificate of appealability will issue because jurists of reason would not debate the correctness of this procedural ruling and Mr. Smith has not made a substantial showing of the denial of a constitutional right.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  Mr. Smith may file a motion in the Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  11th  day of    December    , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court