IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02873-BNB

MATHEW J. SMITH,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 11, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendant(s) and against Plaintiff.

    DATED at Denver, Colorado, this 11 day of December, 2012.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk

                          By: s/  S. Grimm
                              Deputy Clerk